25-383C

# In the United States Court of Federal Claims

Direct Assistant International organizations' Marcus K Marsh

_____
**Plaintiff(s),**

v.

Department of States
**THE UNITED STATES,**

_____
**Defendant.**

Case No. _____

Judge _____

Received - USCFC

MAR 03 2025

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The grant we were depending on is being held up by the US States Department. The grant will be used to prevent obsteric causes hemorrhage, pree clampsia, eclampsia, educating midwives to provide birth services

Advancing community Health Activity A CHA must be released from USAID to Direct Assistant International Organization, a US Based Charity to carry on its program goals; The organization is efficient, and effective in using grants resources. The organization has a very excellent records in providing services. Therefore using fraud, and waste do not fit the organization character. The organization cannot be painted with the same broad brush. The grant will be used effectively and without waste.

contract # 7206 6924 RFA 000

A-5

2. **PARTIES**

Plaintiff, Direct Assistant international organization, resides at New Jersey 1180 Raymond Blvd 28A
(Street Address)

Newark NJ 07102 , 973-651-6265
(City, State, ZIP Code)       (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Marcus K. Marsh

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?    ☐ Yes  ☑ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary. We are suing for defamation of characters and for the release of the Advancing community Health Activity (ACHA) grant to Direct Assistant international organization to accomplish its program (ACHA). When the grant is release to Direct Assistant international, all charges will be dropped.

The government state department is preventing Direct Assistant international organization from performing charitable work which include preventing direct causes of deaths caused by diarrhea, pneumonia, malaria and preventable illnesses. and also being prevented from providing interventional measures such as rehydration therapy, oral rehydration salts, zinc for diarrhea treatments, and antibiotics treatments for dysentery. The people who are benefiting from the program are pregnant women, children, lactating women. There are doctors, nurses and community Health care workers who providers these services to reduce childhood deaths and many more. The total for the grant is 23,000,000 twenty three millions dollars.

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

We need the State department, US to release or give waiver to USAID to release the grant to Direct Assistant International organization. Defamation of character because the organization has not wasted resources before, or commit fraud.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __Monday__ day of __March 3__, __2025__.
           (day)           (month)        (year)

*Marcus Marsh*
Signature of Plaintiff(s)

A-7